594

473 A.2d 668

Commonwealth v. Johnson, Appellant.

Submitted September 30, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.

ROWLEY, J., filed a memorandum concurring and dissenting statement.

473 A.2d 669

Commonwealth v. Knox, Appellant.

Argued November 17, 1983. Joel P. Trigiani, for appellant; Thomas R. Quinn, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

The judgment of sentence is affirmed.